## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In Re:   Janice Mayo | ) ) | 08 B 11457 |
| Debtor(s) | ) ) ) | Judge A. Benjamin Goldgar |

*Notice of Withdrawal of Payment of Final Mortgage Cure Amount*

The Notice of Payment of Final Mortgage Cure Amount filed by the Standing trustee on 06/26/09 in regards to Citimortgage was filed in error and should be disregarded.

_____
Rosalind Lanier
for Marilyn O. Marshall, Trustee

Office of the Chapter 13 Trustee
Marilyn O. Marshall
224 South Michigan Ave.
Suite 800
Chicago, Illinois 60604
312-431-1300