UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | |
|---|---|
| Janice Mayo | Case No.: 08 B 11457 |
| | Chapter: 13 |
| Debtor(s) | Judge A. Benjamin Goldgar |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Marilyn O. Marshall, Chapter 13 Trustee, 224 S Michigan, Ste 800, Chicago, IL 60604
Janice Mayo, Debtor(s), 2255 W. 118th St., Chicago, IL 60643
Craig Z. Black, Attorney for Debtor(s), 20 S. Clark Street, 28th Floor, Chicago, IL 60603

You are hereby notified that debtor(s) is(are) due to CITMORTGAGE, INC for the contractual mortgage payment due 07/01/2009. On 8/20/09 when the Trustee filed the Notice of Payment of Final Mortgage Cure the Debtor owed for the 07/01/2009 through 08/01/2009 post-petition mortgage payments and any outstanding post petition advance that may be due, with the 09/01/2009 coming due The current mortgage payment amount due each month is $1,348.07 . As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any oustanding pre-petition amounts also remain due. . The majority of the above default was addressed in a recent Motion for Relief.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 11/18/2009, CITMORTGAGE, INC's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on October 19, 2009.

    /s/ Jose Moreno
    Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-08-16675)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.